Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com

*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARY SPETH, as trustee of the THERESA FRISCH TRUST;<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY OF RENO, a political subdivision of the State of Nevada.<br><br>    Defendant.<br>_____/ | Case No. 3:23-cv-00396-MMD-CLB<br><br>**AMENDED ORDER ADOPTING STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26 1(b)** |

Pursuant to the requirements of Fed. R. Civ. P. 26(f) and LR 26-1(b), Plaintiff and Defendant hereby submit the following Stipulated Discovery Plan and Scheduling Order in the above captioned matter.

A.      Information Requested by Fed. R. Civ. P. 26(f):

    1.      Counsel for the parties conducted a meeting pursuant to Federal Rule of Civil Procedure 26 on September 26, 2023.  Pursuant to an agreement between the parties, the parties will serve initial disclosures in accordance with Federal Rule of Civil Procedure 26(a) on or before October 10, 2021.

2. Discovery may be conducted on all discoverable matters relevant to issues raised by the Complaint (and amendments thereto), Answer, and any subsequent pleadings, consistent with the Federal Rules of Civil Procedure and the Local Rules of this District.

3. No changes in limitations, other than those set forth below, set by either the Federal Rules of Civil Procedure or Local Rules for the District of Nevada are requested at this time.

B. Information Requested by LR 26-1(b):

1. Discovery Cut-Off Date:

Discovery will not take more than one hundred eighty (180) days from September 26, 2023. All discovery must be completed no later than Monday, March 25, 2024. When producing documents responsive to a discovery request, the documents shall be numbered, and the responsive documents shall be specifically referred to by bates-number in the response.

2. Amending the Pleadings and Adding Parties:

The date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days prior to the discovery cut-off date and, therefore, not later than Tuesday, December 26, 2023. Any party causing additional parties to be joined or brought to this action shall contemporaneously therewith cause a copy of this Order to be served upon the new party or parties.

3. Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):

The last day for disclosures required by Fed. R. Civ. P. 26(a)(2) concerning experts shall be Tuesday, December 26, 2023. The last day for disclosures regarding rebuttal experts shall be Thursday, January 25, 2024.

4. Dispositive Motions:

The parties shall file dispositive motions not more than thirty (30) days after the discovery cut-off date and, therefore, not later than Wednesday, April 24, 2024.

5. Pretrial Order:

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than Friday, May 24, 2024. In the event dispositive motions are filed, the last day to file the Joint Pretrial Order shall be suspended until thirty (30) days after the ruling on the dispositive motions.

6. Fed. R. Civ. P. 26(a)(3) Disclosures:

The parties have stipulated to provide Fed. R. Civ. P. 26(a)(3) pretrial disclosures in accordance with Fed. R. Civ. P. 26(a)(3) without modification.

7. Alternative Dispute Resolution:

The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, and arbitration.

8. Alternative Forms of Case Disposition:

The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

9. Electronic Evidence:

The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties stipulate to provide discovery in an electronic format compatible with the court's electronic jury evidence display system.

C. Discovery Disputes:

Before moving for an order relating to discovery, the movant must request a conference with the assigned magistrate judge.

///

///

///

///

RESPECTFULLY SUBMITTED this Tuesday, September 26, 2023:

By: /s/ Luke Busby, Esq.
LUKE BUSBY
Nevada Bar No. 10319
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

By: /s/ Mark Hughes, Esq.
KARL S. HALL
Reno City Attorney
MARK A. HUGHS
Deputy City Attorney
Nevada State Bar No. 5375
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for City of Reno*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 27, 2023        .

Page | 4