**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

MARY SPETH, as trustee of the THERESA FRISCH TRUST;

    Plaintiff,

vs.

THE CITY OF RENO, a political subdivision of the State of Nevada.

    Defendant.

CAI RENO HOTEL PARTNERS LLC

    Intervenor.

_____/

Case No. 3:23-cv-00396-MMD-CLB

**ORDER GRANTING TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSIVE PLEADING TO COUNTERCLAIMS OF CAI HOTEL PARTNERS LLC**

    Plaintiff MARY SPETH, as trustee of the THERESA FRISCH TRUST, Defendant THE CITY OF RENO, a political subdivision of the State of Nevada, and Intervenor CAI RENO HOTEL PARTNERS LLC (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree that the deadline for the Plaintiff to file a responsive pleading to CAI HOTEL PARTNER LLC's Counterclaims [ECF No. 28] be extended by a period of seven (7) days from October 31, 2023, to November 7, 2023.

Page | 1

122820359.1

This extension is sought so that the Parties may engage in settlement discussions.

RESPECTFULLY SUBMITTED this Thursday, October 26, 2023:

By: /s/ Luke Busby, Esq.
LUKE BUSBY
Nevada Bar No. 10319
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

By: Mark Hughs, Esq.
KARL S. HALL
Reno City Attorney
MARK A. HUGHS
Deputy City Attorney
Nevada State Bar No. 5375
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for City of Reno*

By: /s/ Lucy Crow, Esq.
DARREN J. LEMIEUX
LUCY C. CROW
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501
Tel: 775.823.2900
Fax: 775.823.2929
DLemieux@lewisroca.com
LCrow@lewisroca.com
*Attorneys for CAI Reno Hotel Partners, LLC*

**IT IS SO ORDERED.**
**DATED:** October 27, 2023

_____
UNITED STATES MAGISTRATE JUDGE