Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com

Attorney for the Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARY SPETH, as trustee of the THERESA FRISCH TRUST;<br><br>  Plaintiff,<br><br>  vs.<br><br>THE CITY OF RENO, a political subdivision of the State of Nevada.<br><br>  Defendant.<br><br>CAI RENO HOTEL PARTNERS LLC<br><br>  Intervenor.<br>_____/ | Case No. 3:23-cv-00396-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES FOR PLAINTIFF TO FILE RESPONSIVE PLEADING TO COUNTERCLAIMS OF CAI HOTEL PARTNERS LLC AND OPPOSITION THERETO**<br><br>**[SECOND REQUEST]** |

Plaintiff MARY SPETH, as trustee of the THERESA FRISCH TRUST, Defendant THE CITY OF RENO, a political subdivision of the State of Nevada, and Intervenor CAI RENO HOTEL PARTNERS LLC (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree that the deadline for the Plaintiff to file a responsive pleading to CAI HOTEL PARTNER LLC's Counterclaims [ECF No. 28] be extended by a period of seven (7) days from November 7, 2023 [ECF No. 37], to November 14, 2023. Should Plaintiff file a motion to dismiss, the Parties

122886347.1

further stipulate and agree that CAI's opposition to the Plaintiff's motion to dismiss be due 28 days thereafter on December 12, 2023, rather than the presumptive 14 days thereafter.

On November 2, 2023, Plaintiff and THE CITY OF RENO submitted an unopposed stipulation to dismiss Plaintiff's claims against the City. This extension is sought so that Plaintiff and CAI may continue to engage in settlement discussions.

RESPECTFULLY SUBMITTED this Friday, November 3, 2023:

By: /s/ Luke Busby
LUKE BUSBY
Nevada Bar No. 10319
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

By: /s/ Jonathan Shipman
KARL S. HALL
Reno City Attorney
MARK A. HUGHS
Deputy City Attorney
Nevada State Bar No. 5375
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for City of Reno*

By: /s/ Lucy Crow
DARREN J. LEMIEUX
LUCY C. CROW
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501
DLemieux@lewisroca.com
Lcrow@lewisroca.com
(775) 823-2900
*Attorneys for CAI*

122886347.1

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: \_\_November 3, 2023._____

122886347.1