Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

MARY SPETH, as trustee of the
THERESA FRISCH TRUST;

    Plaintiff,

    vs.

THE CITY OF RENO, a political
subdivision of the State of Nevada.

    Defendant.

CAI RENO HOTEL PARTNERS
LLC

    Intervenor/Counterclaimant.

_____/

Case No. 3:23-cv-00396-MMD-CLB

**STIPULATION TO DISMISS
PLAINTIFF'S CLAIMS AGAINST
DEFENDANT CITY OF RENO**

Plaintiff MARY SPETH, as trustee of the THERESA FRISCH TRUST, Defendant THE CITY OF RENO, a political subdivision of the State of Nevada, and Intervenor/Counterclaimant CAI RENO HOTEL PARTNERS LLC (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to dismiss the Plaintiff's claims against THE CITY OF RENO with prejudice pursuant to the terms of a settlement agreement between Plaintiff and THE CITY OF RENO, with each party to bear their own attorney's fees and costs.

RESPECTFULLY SUBMITTED this Thursday, November 2, 2023:

By:   /s/ Luke Busby, Esq.
LUKE BUSBY
Nevada Bar No. 10319
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

By:   Jonathan Shipman, Esq.
KARL S. HALL
Reno City Attorney
MARK A. HUGHS
Deputy City Attorney
Nevada State Bar No. 5375
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for City of Reno*

By:   /s/ Darren J. Lemieux
DARREN J. LEMIEUX
LUCY C. CROW
LEWIS ROCA ROTHGERBER
CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501
Tel: 775.823.2900
Fax: 775.823.2929
Email: DLemieux@lewisroca.com
*Attorneys for CAI*

**IT IS SO ORDERED**

_____
UNITED STATES JUDGE

Dated:   November 3, 2023