1  DARREN J. LEMIEUX, Nevada Bar No. 9615
   LUCY C. CROW, Nevada Bar 15203
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   One East Liberty Street, Suite 300
3  Reno, Nevada 89501
   Tel:    775.823.2900
4  Fax:    775.823.2929
   Email: DLemieux@lewisroca.com
5          LCrow@lewisroca.com

6  *Attorneys for Intervenor/Counterclaimant*

7

8              UNITED STATES DISTRICT COURT
9                   DISTRICT OF NEVADA

10 MARY SPETH, as trustee of the           Case No.: 3:23-cv-00396-MMD-CLB
   THERESA FRISCH TRUST,
11
                Plaintiff/Counterdefendant,
12                                          **ORDER GRANTING AMENDED
   v.                                       DISCOVERY PLAN AND
13                                          SCHEDULING ORDER**
   THE CITY OF RENO, a political subdivision
14 of the State of Nevada,

15              Defendant,

16 and

17 CAI RENO HOTEL PARTNERS LLC

18              Intervenor/Counterclaimant.

19

20      On November 15, 2023, at 9:00 a.m., counsel for Plaintiff Mary Speth ("Plaintiff") and

21 Intervenor CAI Reno Hotel Partners LLC ("Intervenor," together with Plaintiff, "Parties")

22 appeared before the Court regarding the Second Amended Stipulated Discovery Plan and

23 Scheduling Order (ECF No. 38). The Court, having considered the Second Amended Stipulated

24 Discovery Plan and Scheduling Order and counsels' arguments, hereby orders:

25 / / /

26 / / /

27 / / /

28 / / /

122991879.1                        - 1 -

1. <u>Discovery Deadlines</u>: The following deadlines shall govern:

| EVENT | DEADLINE |
| --- | --- |
| Discovery Closure | June 6, 2024 |
| Motions to Amend the Pleadings | March 8, 2024 |
| Initial Expert Disclosures | April 8, 2024 |
| Rebuttal Expert Disclosures | May 7, 2024 |
| Dispositive Motions | July 8, 2024 |

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed not more than thirty (30) days after the date set for filing dispositive motions; in the event dispositive motions are filed, the last day to file the Joint Pretrial Order shall be suspended until thirty (30) days after the ruling on the dispositive motions.

2. <u>Fed. R. Civ. P. 26(a)(3) Disclosures</u>: The Parties will provide Fed. R. Civ. P. 26(a)(3) pretrial disclosures in accordance with Fed. R. Civ. P. 26(a)(3) without modification.

3. <u>Discovery Disputes</u>: The Parties shall adhere to the Court's Civil Standing Order (ECF No. 9) to resolve all discovery disputes.

**IT IS SO ORDERED.**

_____

UNITED STATES MAGISTRATE JUDGE

Dated:   November 15, 2023.

*Submitted by:*

By: */s/ Lucy Crow*
DARREN J. LEMIEUX
LUCY C. CROW
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501
DLemieux@lewisroca.com
Lcrow@lewisroca.com
(775) 823-2900
*Attorneys for Intervenor/Counterclaimant*

122991879.1

- 2 -

*Approved by:*

By: */s/ Luke Busby*
LUKE BUSBY
Nevada Bar No. 10319
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff/Counterdefendant*

122991879.1

- 3 -